03/03/2025

United States District Court
Northern District of Texas
501 West 10th St Room 310
Fort Worth, TX 76102-3673

Ethan John Newcomer
4613 Matthew Ct
Granbury, TX 76049

4-25CV-201-P

Versus

Donald John Trump
James David Vance (JD Vance)

### GRIEVANCE

In accordance with my First Amendment right to petition this government for a redress of my grievance, I state the following:

On January 6th 2021, Donald J Trump engaged in insurrection. I, Ethan Newcomer witnessed the event from multiple different 'live" perspectives via various Facebook accounts of people who were physically there.

Since January 6th 2021 both Donald J Trump and JD Vance have given aid and comfort to the insurrectionists. Most recently he has pardoned those who plead guilty or were found guilty of insurrection.

The Fourteenth Amendment forbids the defendants from holding their respective offices. Therefore, I demand that Donald J Trump and James David Vance be declared illegitimate holders of their office, and removed therefrom.

Donald Trumps dangerous rhetoric leading up to the 2025 election caused me to lose a substantial amount of income and property. I was discriminated against in the workplace for holding political beliefs that supported the Constitution of the United States of America. Therefore, I would like a refund of my court filing cost.

*Ethan J Newcomer*

Ethan J Newcomer