IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ETHAN JOHN NEWCOMER, | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:25-CV-201-P |
| | § | |
| DONALD JOHN TRUMP, et al., | § | |
| *Defendants*. | § | |

## ORDER REGARDING PLAINTIFF'S AMENDED COMPLAINT

The above-styled and numbered case was filed on March 3, 2025 [doc. 1]. On March 4, 2025, the Court struck and unfiled *pro se* Plaintiff Ethan John Newcomer ("Newcomer")'s Complaint [doc. 1], noting the Complaint failed to comply with the Local Civil Rules of the Northern District of Texas ("Local Rules") because it did not contain the following: (1) a civil cover sheet and (2) a separately signed certificate of interested persons [doc. 5]. On March 17, the Court ordered Newcomer, no later than March 31, 2025, to file a complaint that complied with the Local Rules [doc. 7]. Subsequently, on March 20, 2025, Newcomer filed an Amended Complaint with Jury Demand ("Amended Complaint") [doc. 8]. The Court struck and unfiled Newcomer's Amended Complaint, on March 24, 2025, because it failed to contain a civil cover sheet and a separately signed certificate of interested persons [doc. 9]. On March 31, 2025, Newcomer filed a civil cover sheet and a certificate of interested persons [docs. 10, 11].

Based on the foregoing, it is **ORDERED** that the Court's Order Striking and Unfiling Newcomer's Amended Complaint with Jury Demand [doc. 9] is **WITHDRAWN**.

It is further **ORDERED** that Newcomer's Amended Complaint with Jury Demand [doc. 8] is a live pleading.

SIGNED April 9, 2025.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE